**Robert T. GORDON, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 01–7009.

United States Court of Appeals,
Federal Circuit.

Dec. 7, 2001.

Before SCHALL, Circuit Judge,
ARCHER, Senior Circuit Judge, and
BRYSON, Circuit Judge.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.